[No. 36478-2-I.    Division One.    November 12, 1996.]

*In the Matter of the Marriage of* LA TONYA J. BASS, *Respondent*, and SAMUEL E. BASS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-3-08802-4, Richard A. Jones, J., entered March 23, 1995. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Kennedy, A.C.J., and Becker, J.

[No. 36502-9-I.    Division One.    November 12, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH A. THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 94-1-01055-1, David A. Nichols, J., entered March 27, 1995. *Denied* by unpublished per curiam opinion.

[No. 36847-8-I.    Division One.    November 12, 1996.]

ROBERT SHAY, ET AL., *Respondents*, v. SAMUEL KYLE, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Island County, No. 94-2-00079-3, Alan R. Hancock, J., entered June 14, 1995. *Reversed* by unpublished per curiam opinion.

[No. 37062-6-I.    Division One.    November 12, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES EDWARD ALLEN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-1-00132-1, David F. Hulbert, J., entered August 2, 1995. *Reversed* by unpublished opinion per Baker, C.J., concurred in by Kennedy and Becker, JJ.